IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND T. KOCH,<br><br>        Plaintiff(s),<br><br>vs.<br><br>FOLSOM STATE PRISON, et al.,<br><br>        Defendant(s). | No. C 05-4675 CRB (PR)<br><br>ORDER OF TRANSFER |

      Plaintiff, a prisoner at Folsom State Prison in Represa, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Sacramento, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:   November 17, 2005  

CHARLES R. BREYER
United States District Judge